# DECEMBER, 1924.

EARNEST EWELL v. THE STATE.

No. 9022.    Delivered Dec. 17, 1924.

Rehearing denied Jan. 16, 1925.

**Murder.**

Appellant was indicted and tried for murder. The jury found him guilty of an aggravated assault. No statement of facts nor bills of exception appearing in the record, an affirmance is ordered.

Appeal from the District Court of Cherokee County.  Tried below before the Honorable L. D. Guinn, Judge.

Appeal from a conviction of an aggravated assault, penalty, eighteen months in the county jail.

*Miller & Miller,* of Athens, for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted upon his trial in the district court of Cherokee county under an indictment for murder, of the offense of aggravated assault, and his punishment fixed at eighteen months in the county jail.

Appellant was indicted for killing one Jessie Green by striking him with a base-ball bat and upon the trial and under the charge of the learned trial judge the jury found him guilty and assessed his penalty as above indicated.  We find in the record no bills of exception or statement of facts.  The indictment is in conformity with law and the charge of the court correctly submits the issues, and there being no error apparent in the record, an affirmance will be ordered.

*Affirmed.*